## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Barbara Dordahl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 1:17-cv-053 |
| North Dakota Department of Human | ) | |
| Services - Disability Determination | ) | |
| Services, Russ Cusack, acting in his | ) | |
| official capacity, and Sheri Seil, acting | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation of Dismissal" filed on January 31, 2018.  See Docket No. 20.  The Court **ADOPTS** the stipulation in its entirety (Docket No. 20) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 1st day of February, 2018.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court